Certificate Number: 05781-ILC-DE-041245752

Bankruptcy Case Number: 26-70543



05781-ILC-DE-041245752

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2026, at 2:48 o'clock PM PDT, Carrie Benton completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of Illinois.

Date:   July 24, 2026

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President